1    Matthew R. Cleverley, OSB #93235
Fidelity National Law Group
2    1200 – 6th Avenue, Suite 620
Seattle, WA 98101
3    (206) 223-4525, ext. 103
Matthew.Cleverley@fnf.com
4    Attorney for Defendant

5

6

7

8       IN THE UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
9       MEDFORD DIVISION

| | |
|---|---|
| 10   DONALD L. OLSON, as TRUSTEE OF THE OLSON LIVING TRUST, | Case No. 1:15-cv-1692 |
| 11 | |
| 12                Plaintiff, | NOTICE OF REMOVAL |
|    v. | |
| 13   CHICAGO TITLE INSURANCE COMPANY, successor to TICOR TITLE INSURANCE | (Josephine County Case #15-CV-20794) |
| 14   COMPANY, | |
| 15                Defendant. | |

16   TO:        Clerk, United States District Court for the District of Oregon

17   And to:     Plaintiff, DONALD L. OLSON, as TRUSTEE OF THE OLSON LIVING
18                    TRUST

19   And to:     Carl A. Clyde, Esq., Attorney for Plaintiff

20        Defendant, Chicago Title Insurance Company ("CTIC") hereby Removes the

21 captioned cause, originally filed in Josephine County, Oregon Circuit Court, Case number 15-

22 CV-20794, to the United States District Court for the District of Oregon. CTIC Removes the

23 case pursuant to 28 U.S.C. §1332 and 28 U.S.C. §1441(b), on the following grounds:

NOTICE OF REMOVAL – 1

1.  On or about August 6, 2015, Plaintiff filed a Complaint in Josephine County, Oregon Circuit Court, Case number 15-CV-207944.

2.  CTIC received a copy of the Summons and Complaint on August 13, 2015. This Notice of Removal is timely under 28 U.S.C. §1446(b) because it is within 30 days after CTIC received notice of the Summons and Complaint.

3.  Copies of all additional records and proceedings in the State Court will be filed together with the Verification of State Court Records as required by 28 U.S.C. §1446(a).

4.  Plaintiff is a citizen of the State of Oregon.

5.  Defendant CTIC is a Nebraska corporation.

6.  CTIC is the only Defendant having been served with a summons and complaint in this action.

7.  This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1332, and which may be removed to this court by Defendant CTIC pursuant to 28 U.S.C. §1441(b) as a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000 exclusive of interest and costs.

8.  The original case was filed in Josephine County, Oregon Circuit Court. Accordingly, this case should be assigned to the United States District Court for the District of Oregon, at Medford, pursuant to 12 U.S.C. §632 and Local Rule 3-2(a).

NOTICE OF REMOVAL – 2

1    9.    CTIC will promptly file a copy of this Notice with Deschutes County Circuit

2    Court and all parties.

3    10.    Pursuant to 28 U.S.C. §1332 and 28 U.S.C. 1441(b), no further action may occur

4    in the state court unless and until the action is remanded.

5    Wherefore, Defendant CTIC respectfully gives notice that the above-entitled action is

6    removed from the Deschutes County, Oregon Circuit Court to the U.S. District Court for the

7    District of Oregon, Medford Division.

8

9    Dated: September 8, 2015                    */s/ Matthew Cleverley*
                                                 _____
10                                               Matthew R. Cleverley, WSBA #32055
                                                 Fidelity National Law Group
11                                               1200 – 6th Avenue, Suite 620
                                                 Seattle, WA  98101
12                                               (206) 223-4525, ext. 103
                                                 Matthew.Cleverley@fnf.com
13                                               Attorney for CTIC

14

15

16

17

18

19

20

21

22

23

NOTICE OF REMOVAL – 3

1

## CERTIFICATE OF SERVICE

2

3
        The undersigned certifies under the penalty of perjury under the laws of the State of Washington that I am now and at all times herein mentioned, a citizen of the United States, a resident of the State of Washington, over the age of eighteen years, not a party to or interested in the above-entitled action, and competent to be a witness herein.

4

5
        On the date given below I caused to be served the foregoing NOTICE OF REMOVAL on the following individuals in the manner indicated:

6
Carl A. Clyde OSB #095782                     _X_ U.S. Mail, proper postage affixed
Sorenson, Ransom & Ferguson, LLP          ___ Legal Messenger

7
133 NW D Street                               ___ Facsimile
Grants Pass OR 97526                          ___ Hand Delivery

8
541-476-3883 – Phone                         __X_ ECF/email
541-474-4495 – Fax

9
cclyde@roguevalleylaw.com
Attorney for Plaintiff

10

11
Dated: September 8, 2015                 /s/ Matthew Cleverley

12
                                         Matthew R. Cleverley, WSBA #32055

13

14

15

16

17

18

19

20

21

22

23

NOTICE OF REMOVAL – 4

**FIDELITY NATIONAL LAW GROUP**
1200 – 6TH AVENUE, SUITE 620
SEATTLE, WA 98101
(206) 223-4525