IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON



**DONALD L. OLSON,**

   Plaintiff,

  v.

**CHICAGO TITLE INSURANCE COMPANY, *et al*,**

   Defendants.

**Civ. No. 1:15-cv-1692-CL**

OPINION and ORDER

MCSHANE, Judge:

  Magistrate Judge Mark D. Clarke filed a Findings and Recommendation (ECF No. 33) and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although neither party filed objections, I reviewed the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude it is correct.

THEREFORE, IT IS HEREBY ORDERED that, Magistrate Judge Clarke's Findings and Recommendation (ECF No. 33) is adopted in its entirety, and the Defendants' Motion to Remand to state court (ECF No. 30), is GRANTED.

IT IS SO ORDERED.

DATED this 27th day of July, 2016.


**Michael J. McShane**
**United States District Judge**