UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

DONALD L. OLSON,

        Plaintiff,

v.

CHICAGO TITLE INSURANCE
COMPANY, et al,

        Defendants.

Civil No. 1:15-cv-1692-CL

## JUDGMENT

Based upon the record, this action is remanded to the Circuit Court of the State of Oregon for the County of Josephine, Josephine County Case No 15-CV-20794.

Dated: July 31, 2016.

_____
MICHAEL J. McSHANE
UNITED STATES DISTRICT JUDGE

**JUDGMENT**          **DOCUMENT NO:** _____